DAVID P. CUSICK, TRUSTEE
P O BOX 1858
SACRAMENTO, CA 95812-1858
(916) 856-8000



UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re: ) Case No.: No. 10-36674-E-13C
)
WINSTON, JOHN RUSSELL ) UNCLAIMED FUNDS
WINSTON, DENISE MARIE )
)
)
Debtor(s)

TO THE CLERK, U. S. BANKRUPTCY COURT:

Please find submitted herewith check #746276 in the sum of $2,208.27 representing the total amount of unclaimed dividend(s) in the above-entitled estate. This sum is being paid over pursuant to 11 U. S. C. Section 347(a) and Bankruptcy Rule 3011. The name(s) and address(es) is (are) as follows:

| CLAIM NO. | NAME & ADDRESS OF CLAIMANT | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 49 | Reef Capital Inc.<br>3636 Nobel Dr., Ste. 410<br>San Diego, CA 92112 | $125,000.00 | $2,208.27 |

TOTAL CHECK $2,208.27

Dated this 27th day of July, 2015.      BY: _____
                                           TRUSTEE